## NEWTON GAS & FUEL CO. v. WICHITA NATURAL GAS CO.

(Circuit Court of Appeals, Eighth Circuit. August 17, 1920.)

No. 5536.

Appeal from the District Court of the United States for the District of Kansas.

Suit by the Newton Gas & Fuel Company against the Wichita Natural Gas Company. From a decree dismissing the complaint, plaintiff appeals. Affirmed.

Before SANBORN and CARLAND, Circuit Judges, and TRIEBER, District Judge. .

SANBORN, Circuit Judge. The parties in this case stipulated that it should abide by the decision in the case of Hutchinson Gas & Fuel Co. v. Wichita Natural Gas Co. (C. C. A.) 267 Fed. 35.

The decree of dismissal of the complaint, therefore, in this case, must be and it is affirmed. .